**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| In re: Pamela Stiltner Plumb | CASE NO. 12−60511 |
|---|---|
| Debtor(s) | CHAPTER 13 |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed without predjudice.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further ORDERS and the trustee and trustee's bond released and discharged from further liability herein unless proper objection is made to said final report within fourteen (14) days after filing of same or such extended time as may be granted upon proper application made within said fourteen (14) days period, and the estate be closed. <u>If the Discharge Order has been issued,</u>

<u>the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 4/9/13

WILLIAM E ANDERSON, JUDGE

van02.jsp

```
                           United States Bankruptcy Court
                           Western District of Virginia
In re:                                                              Case No. 12-60511-wea
Pamela Stiltner Plumb                                               Chapter 13
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0423-6          User: whitek              Page 1 of 2            Date Rcvd: Apr 09, 2013
                              Form ID: van02            Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.
db            +Pamela Stiltner Plumb,    331 Applewood Lane,    Palmyra, VA 22963-5327
cr            +U.S. Bank National Association, as Trustee for Str,    1525 S. Beltline Road Suite 100 North,
               Coppell, TX 75019-4913
3550889       +AMERICAN HOME MORTGAGE SERVICING,INC.,    BANKRUPTCY DEPARTMENT,    1525 S. BELTLINE RD SUITE 100N,
               COPPELL, TEXAS 75019-4913
3526046       +Charlottevsille Gastroenterology Assoc,    c/o Neal L Walters Esq,    PO Box 2737,
               Charlottesville, VA 22902-2737
3526050       +MCCabe Weisburg & Cwy for US Bank,    312 Marshall Avenue,    Laurel, MD 20707-4824
3526049       +Martha Jefferson Hospital,    PO Box 2737,   Charlottesville, VA 22902-2737
3526048       +Martha Jefferson by Hudson Law,    324 South Main Street,    Emporia, VA 23847-2028
3563317       +Premier Banckard/Charter,    P.O. Box 2208,   Vacaville, CA 95696-8208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3526047       +EDI: AMINFOFP.COM Apr 09 2013 21:38:00     First Premier Bank,    PO Box 5519,
               Sioux Falls, SD 57117-5519
3679464       +E-mail/Text: bankruptcy.notices@selenefinance.com Apr 09 2013 21:38:07
                Wells Fargo Bank, National Association,    as trustee for SRMOF II 2011-1 Trust,,
               c/o Selene Finance LP,   9990 Richmond Avenue, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wells Fargo Bank, National Association, not in its
3526045        Capital One Bank
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 11, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0423-6          User: whitek              Page 2 of 2              Date Rcvd: Apr 09, 2013
                              Form ID: van02            Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2013 at the address(es) listed below:

          Abby K. Moynihan    on behalf of Creditor    Wells Fargo Bank, National Association, not in its individual or banking capacity, but soley as trustee for SRMOF II 2011-1 Trust bankruptcyva@mwc-law.com

          Andrew Todd Rich    on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2003-BC7 bkvaecfupdates@bww-law.com

          Steven  Shareff, Esq   on behalf of Debtor Pamela Stiltner Plumb eleban39@aol.com, eleban39@aol.com

                                                                                                                 TOTAL: 3